# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

137866

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARC RICHARD JAKAJ,
      Defendant-Appellant.

SC: 137866
COA: 286156
Wayne CC: 87-002000

_____/

      On order of the Court, the application for leave to appeal the November 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion to correct the presentence report was a successive motion for relief from judgment, which is prohibited by MCR 6.502(G).

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830